IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CNG FINANCIAL CORPORATION AND ALLIED CASH HOLDINGS LLC,** | : | Civil Action No. 1:12-cv-00874-SSB-SKB |
| | : | |
| | : | JUDGE SANDA S. BECKWITH |
| **PLAINTIFF,** | : | |
| | : | |
| v. | : | |
| | : | |
| **D AND D MARKETING, INC., GRIGOR DEMIRCHYAN, DMITRY FOMICHEV, AND DAVID GASPARIAN** | : | NOTICE OF DISMISSAL WITH PREJUDICE |
| | : | |
| | : | |
| **DEFENDANTS.** | : | |

Plaintiffs CNG Financial Corporation and Allied Cash Holdings, LLC, hereby give notice of the voluntary dismissal with prejudice of their claims in this litigation against Defendants D and D Marketing, Inc., Grigor Demirchyan, Dmitry Fomichev, and David Gasparian.  No answer or motion for summary judgment has been served by Defendants and Plaintiffs' claims against Defendants are therefore dismissed upon filing of this Notice, in accordance with Rules 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs.

    Respectfully submitted,

    Ulmer & Berne LLP

    *s/ Jeffrey R. Schaefer*
    Jeffrey R. Schaefer (OH 0061232)
    Trial Attorney for Plaintiffs, CNG Financial
    Corporation and Allied Cash Advance LLC

    Ulmer & Berne LLP
    600 Vine Street, Suite 2800
    Cincinnati, Ohio 45202-2409
    Tel.:  (513) 698-5108
    Fax:  (513) 698-5109
    E-mail:  jschaefer@ulmer.com

Of Counsel:

Michael A. Marrero (OH 0003769)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
Tel: (513) 698-5078
Fax: (513) 698-5079
E-mail: mmarrero@ulmer.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2013, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*s/ Jeffrey R. Schaefer*
Jeffrey R. Schaefer (0061232)